IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America ) | |
| ) | Cr. No. 5:08-0589 |
| vs. ) | |
| ) | |
| Michael Anthony Paul Taylor, ) | **O R D E R** |
| ) | |
| Defendant. ) | |
| ) | |

On March 26, 2009, Defendant Michael Anthony Paul Taylor pleaded guilty to possession with intent to distribute five kilograms or more of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). On March 17, 2010, Defendant was sentenced to incarceration for a term of fifty-one months. The court also imposed a term of supervised release for five years. Judgment was entered on March 23, 2010. Defendant was released to supervision on or around January 18, 2013.

This matter is before the court on letter filed by Defendant on July 27, 2016. Defendant seeks early termination of supervised release. The court has conferred with United States Probation Officer Hazel A. DuRant, Jr. and Assistant United States Attorney J.D. Rowell, who do not oppose early termination of supervision.

Considering the factors set forth in 18 U.S.C. § 3553(a) to the extent that they are applicable, the court finds that the interests of justice will be served if termination of supervision is granted at this time. See 18 U.S.C. § 3583(e). Accordingly, Defendant's request for early termination of supervised release (ECF No. 732) is **granted**.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
August 15, 2016